■ WINFORD SMITH, Appellant, v TOWN OF ELLISBURG et al., Respondents. [651 NYS2d 772] —Order unanimously affirmed without costs. Memorandum: Supreme Court properly concluded that the claims asserted by plaintiff were time-barred. Plaintiff did not assert an equitable claim for continuing trespass but rather sought monetary damages for a single

incidence of negligence. Therefore, the contention that General Municipal Law §§ 50-e and 50-i do not apply is without merit (*cf., Baumler v Town of Newstead,* 198 AD2d 777). Because plaintiff filed his notices of claim after the Statute of Limitations had expired (*see,* General Municipal Law § 50-i), the court had no discretion to extend plaintiff's time to file late notices of claim (*see,* General Municipal Law § 50-e [5]; *see also, Spoleta Constr. & Dev. Corp. v Board of Educ.,* 221 AD2d 927, *lv denied* 87 NY2d 808). There is no evidence that defendants engaged in misconduct preventing plaintiff from timely filing his claim.

Because the complaint was properly dismissed as time-barred, we do not address the remaining issues raised by plaintiff. (Appeal from Order of Supreme Court, Jefferson County, Gilbert, J.—Summary Judgment.) Present—Pine, J. P., Fallon, Callahan, Balio and Davis, JJ.